TRINA A. HIGGINS, United States Attorney (#7349)
THADDEUS J. MAY, Assistant United States Attorney (#11317)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682
Email: tad.may@usdoj.gov

FILED US District Court-UT
MAY 18 '22 PM01:26

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RANDY LANSING,<br><br>Defendant. | INDICTMENT<br><br>COUNT 1: Murder in the Second Degree while within Indian Country, 18 U.S.C. §§ 1111(a) and 1153(a).<br><br>Case: 4:22-cr-00053<br>Assigned To : Nuffer, David<br>Assign. Date : 5/18/2022 |

The Grand Jury Charges:

**COUNT I**
**Murder in the Second Degree while within Indian Country**
**18 U.S.C. §§ 1111(a) and 1153(a),**

On or about April 23, 2022, in the District of Utah,

RANDY LANSING,

the defendant herein, an enrolled member of the Navajo Nation, while within Indian Country, did unlawfully kill T.C., an enrolled member of the Navajo Nation,

/

with malice aforethought; all in violation of 18 U.S.C. §§ 1111(a) and 1153(a)

A TRUE BILL:

/S/
FOREPERSON OF GRAND JURY

TRINA A. HIGGINS
United States Attorney

THADDEUS J. MAY
Assistant United States Attorney